No. 85–1712. WILSMANN v. UPJOHN CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–1715. CITY HOSPITAL OF BELLAIRE v. DELGUZZO, EXECUTRIX OF THE ESTATE OF DELGUZZO. Ct. App. Ohio, Belmont County. Certiorari denied.

No. 85–1718. MORGAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 85–1719. OWENS ET AL. v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 85–1734. CONNOR ET AL. v. PHILLIPS ET AL. Sup. Ct. N. J. Certiorari denied.

No. 85–1744. ESSNER v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 85–1753. UNRUH v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 85–1760. PAPALINI ET AL. v. FITHIAN. Sup. Ct. Mich. Certiorari denied.

No. 85–1774. LEVIN v. GUEST. Ct. App. N. Y. Certiorari denied.

No. 85–1777. FARLEY v. ITT LIFE INSURANCE CORP. C. A. 10th Cir. Certiorari denied.

No. 85–1794. SAGERMARK v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 85–1807. ZLOTNICKI v. HARSCO CORP. C. A. 3d Cir. Certiorari denied.

No. 85–1830. KADIN CORP. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 85–1832. HEAD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.